IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Tyra L. M., | ) | |
|     Plaintiff, | ) | Civil Action No: 2:23-cv-1922 |
| | ) | |
| v. | ) | |
| | ) | |
| Kilolo Kijakazi, | ) | Magistrate Judge Litkovitz |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
|     Defendant. | ) | |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate the claimant's left shoulder impairment, give further consideration to the claimant's residual functional capacity, obtain evidence from a vocational expert to clarity the effect of the assessed limitation on the claimant's occupational base, offer the claimant the opportunity for a hearing, address the evidence which was submitted to the Appeals Council, take any further action needed to complete the administrative record, and issue a new decision.

Date: 8/23/2023

Entered: *Karen L. Litkovitz*

Karen L. Litkovitz, U.S. Magistrate Judge